**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ENRIQUE RODRIGUEZ PENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| PAMELA JO BONDI, ) | |
| United States Attorney General; ) | |
| ) | |
| DAVID L. NEAL, ) | |
| Director of the Executive Office for ) | |
| Immigration Review; ) | |
| ) | |
| JASON SMITH, ) | |
| Immigration Judge, Los Fresnos ) | |
| Immigration Court; ) | |
| ) | |
| FRANK PIMENTEL, Immigration Judge, Los Fresnos ) | |
| Immigration Court; ) | |
| ) | |
| MELISSA J. GARCIA, ) | |
| Assistant Chief Immigration Judge, Harlingen, ) | |
| Port Isabel/Los Fresnos; ) | |
| ) | |
| MIGUEL VERGARA, ) | |
| Field Office Director, Harlingen ) | |
| U.S. Immigration and Customs Enforcement; ) | |
| ) | |
| in their official capacities; ) | |
| ) | |
| Defendants. ) | |

**EMERGENCY COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff, Enrique Rodriguez Peña files this civil action seeking declaratory and injunctive relief under the Administrative Procedure Act ("APA"), the Fifth Amendment to the United States Constitution, and the Declaratory Judgment Act. In support thereof, Plaintiff states:

1

## I. INTRODUCTION

Plaintiff Enrique Rodríguez Peña was detained by U.S. Immigration and Customs Enforcement ("ICE") on or about October 27, 2025. Following his detention, the Immigration Court conducted several master calendar hearings at which Plaintiff indicated his intent to seek cancellation of removal under the Violence Against Women Act (VAWA). The Court initially scheduled Plaintiff's merits hearing for a mutually agreed-upon date; however, shortly thereafter, the hearing was advanced and accelerated without Plaintiff's consent, resulting in the present request for relief and corrective action.

This action violates the Immigration and Nationality Act, the Fifth Amendment's Due Process Clause, the Immigration Court Practice Manual, the Accardi doctrine, and the Administrative Procedure Act. EOIR's unilateral advancement deprives Plaintiff of a meaningful opportunity to prepare his statutorily protected VAWA case and threatens irreparable harm, including likely denial of relief and prolonged detention pending appeal.

Plaintiff seeks emergency injunctive and declaratory relief to restore the original hearing date or, alternatively, ensure a lawful hearing schedule that complies with due process and the APA.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 5 U.S.C. §§ 702–706 (Administrative Procedure Act), 28 U.S.C. §§ 2201–2202 (Declaratory Judgment Act), and the Due Process Clause of the Fifth Amendment to the United States Constitution. Venue lies in this district under 28 U.S.C. § 1391(e) because Plaintiff is detained at the Port Isabel Detention Center in Los Fresnos, Texas, and a substantial part of the events giving rise to the claims occurred within this district.

### III. PARTIES

1.  Enrique Rodriguez Pena is a national and citizen of Mexico. He is currently detained at the Port Isabel Service Processing Center located at 27991 Buena Vista Blvd., Los Fresnos, Texas.

2.  Defendant PAMELA JO BONDI is the Attorney General of the United States and the most senior official in the United States Department of Justice ("DOJ"). She has the authority to interpret the immigration laws and adjudicate removal cases. 8 U.S.C. § 1103(g). She is sued in her official capacity. Defendant may be served with process at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

3.  Defendant DAVID L. NEAL is the Director of the Executive Office for Immigration Review ("EOIR"), the federal agency responsible for administering the immigration court system and adjudicating removal proceedings. He is sued in his official capacity. Defendant may be served with process at 5107 Leesburg Pike, Falls Church, VA 22041.

4.  Defendant JASON SMITH is an Immigration Judge with the Executive Office for Immigration Review ("EOIR"). He is sued in his official capacity, as he is the Immigration Judge assigned to conduct the unlawfully advanced December 19, 2025 merits hearing. Defendant may be served with process at the Executive Office for Immigration Review, Office of the Chief Immigration Judge, 5107 Leesburg Pike, Falls Church, VA 22041.

5.  Defendant FRANK PIMENTEL is an Immigration Judge with the Executive Office for Immigration Review. He presided over Plaintiff's case and originally scheduled the merits hearing for January 8, 2026. He is sued in his official capacity. Defendant may be served with process at the Executive Office for Immigration Review, Office of the Chief Immigration Judge, 5107 Leesburg Pike,

3

Falls Church, VA 22041

6.    Defendant MELISSA J. GARCIA is the Assistant Chief Immigration Judge for the Harlingen and Port Isabel–Los Fresnos Immigration Courts. She is sued in her official capacity. Defendant may be served with process at the Harlingen Immigration Court, 2424 Wilson Road, Harlingen, TX 78552.

7.    Defendant MIGUEL VERGARA is the Field Office Director for Detention and Removal (ERO), ICE, DHS, for the Harlingen ERO Office. He is sued in his official capacity. Defendant may be served with process at ICE ERO Harlingen Field Office, 2003 W. Jefferson Ave., Harlingen, TX 78550.

## IV. FACTUAL ALLEGATIONS

Plaintiff merits hearing was scheduled for January 8, 2026, after agreement of both parties, yet EOIR unilaterally advanced the hearing to December 19, 2025, with no motion and no showing of good cause, and without providing meaningful notice or explanation. VAWA cases require extensive documentation that cannot be obtained on a truncated schedule while detained, and EOIR's deviation from its own rules violates the Accardi doctrine. The advancement deprives Plaintiff of due process and is arbitrary and capricious under 5 U.S.C. § 706(2). Plaintiff will suffer irreparable harm if forced to proceed on December 19, 2025.

## V. CLAIMS FOR RELIEF

### Count 1: Violation of the Administrative Procedure Act (5 U.S.C. § 706(2)(A))

EOIR's unilateral advancement of the merits hearing was arbitrary, capricious, an abuse of discretion, and contrary to law because it lacked good cause, lacked explanation, disregarded governing procedures, and failed to consider Plaintiff's ability to prepare evidence.

### Count 2: Violation of the Fifth Amendment Due Process Clause

Plaintiff was denied a reasonable opportunity to gather and present evidence as guaranteed under

8 U.S.C. § 1229a(b)(4)(B). The hearing advancement violates fundamental fairness principles and the right to a full and fair hearing.

### Count 3: Violation of the Declaratory Judgment Act (28 U.S.C. §§ 2201–2202)

A real and immediate controversy exists. Plaintiff is entitled to a declaration that EOIR's unilateral advancement is unlawful and to injunctive relief restoring a lawful hearing date.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Declare that EOIR's unilateral advancement of the merits hearing is unlawful under the APA and the Fifth Amendment;

2. Issue injunctive relief prohibiting Defendants from conducting a merits hearing on December 19, 2025;

3. Order restoration of the previously scheduled January 8, 2026 hearing date, or a later date consistent with due process;

4. Award reasonable attorney's fees and costs under 28 U.S.C. § 2412;

5. Grant any further relief the Court deems proper.

Dated: December 3, 2025

Respectfully submitted,

<table>
<tr><td>By: <i>/s/ Anthony Matulewicz</i></td><td><i>/s/ Joseph A. Connors</i></td></tr>
<tr><td>Anthony Matulewicz</td><td>Joseph A. Connors</td></tr>
<tr><td>Matulewicz & Associates, P.C</td><td>P.O. Box 5838</td></tr>
<tr><td>521 S. Broadway</td><td>McAllen, TX  78502-5838</td></tr>
<tr><td>McAllen, TX 78501-4929</td><td>Tel.: (956) 687-8218</td></tr>
<tr><td>Tel.: (956) 972-0330</td><td>Cell.: (956) 207-6624</td></tr>
<tr><td>Fax.: (956) 972-0353</td><td>Fax.: (956) 687-8230</td></tr>
<tr><td>anth@matulewicz.com</td><td>connors@innocent.com</td></tr>
<tr><td>State Bar Number: 13234358</td><td>State Bar Number: 04705400</td></tr>
<tr><td>Federal Bar Number: 15710</td><td>Federal Bar Number: 3799</td></tr>
<tr><td>Attorney for Plaintiff</td><td>Co-Counsel for Plaintiff</td></tr>
</table>

**VERIFICATION OF COUNSEL**

I, Anthony Matulewicz, hereby certify that I am familiar with the case of the named Plaintiff and that the facts as stated above are true and correct to the best of my knowledge and belief.

*/s/ Anthony Matulewicz*
Anthony Matulewicz